# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. LaToya Drayton                          Docket No. 7:06-CR-107-1

### Petition for Action on Probation

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of LaToya Drayton, who, upon an earlier plea of guilty to 18 U.S.C. § 641, Theft of Government Funds, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 6, 2007, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 180 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

2. The defendant shall pay restitution in the amount of $11,840.44.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Latoya Drayton has been on supervision for three and a half years. She has been continually employed and has paid restitution to the best of her ability while raising 5 children as a single parent. Unfortunately, she continues to drive while her license is in a state of revocation, due to her failure to pay previously incurred fines and penalties. We reported this noncompliance to the court in November 2010, and the court agreed to continue supervision without imposing further conditions or sanctions. However, she has now incurred two more Driving While License Revoked charges which remain pending and, in addition, she incurred two Worthless Check charges for checks in the amount of $20 each. Our office issued her a letter of reprimand, but it appeared not to have any effect on her discontinuing to drive on a revoked license. Our office realizes she has to drive to work and care for her children, but her continued violations of supervision cannot go unpunished. As such, we are recommending the court continue supervision but impose a condition requiring Drayton to serve two weekends in jail. She has been reprimanded again not to drive until properly licensed to do so.

LaToya Drayton
Docket No. 7:06-CR-107-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 consecutive weekends, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>Phone: (910) 815-4857<br>Executed On: April 6, 2011 |

## ORDER OF COURT

Considered and ordered this 7th day of April, 2011, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge